Minute Order Form (rev. 4/99)

**JUDGE CONLON**

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | 08CR 0126 | Sitting Judge if Other Than Assigned Judge | Maria Valdez |
|---|---|---|---|
| CASE NUMBER | 06 GJ 637 | DATE | FEBRUARY 12, 2008 |
| CASE TITLE | US v. GREGORY B. SAMS | | **MAGISTRATE JUDGE GERALDINE SOAT BROWN** |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

## GRAND JURY PROCEEDING

**SPECIAL FEBRUARY 2008-1**

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge: _Maria Valdez_

Docket Entry:

NOTICE TO APPEAR WILL BE ISSUED. THE GOVERNMENT WILL REQUEST ISSUANCE OF A BENCH WARRANT IF DEFENDANT FAILS TO APPEAR. BOND TO BE SET AT TIME OF ARRAIGNMENT.

**RECEIVED**
FEB 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET#