# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 126 | **DATE** | 2/20/08 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. GREGORY B. SAMS | | |

**DOCKET ENTRY TEXT**

Arraignment set on February 20, 2008 is referred to magistrate judge. Status hearing is set on February 28, 2008 at 9:00 a.m. to set motion schedule and trial date. Government shall comply with Local Rule 16 by February 28, 2008.

*Suzanne B. Conlon*

Notified counsel by telephone. Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|