## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 126 | **DATE** | 2/20/2008 |
| **CASE TITLE** | USA vs. Gregory Sams | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Arraignment proceedings held. Defendant self surrenders on 02/20/08. Defendant informed of his rights. Defendant waives formal reading of indictment. Defendant enters plea of not guilty to each charge and all counts of the Indictment. Status hearing before Judge Conlon is set for 02/28/08 at 9:00 a.m. On the government's motion and the defendant not objecting, the court finds that the time until the status before the District Judge shall be excluded pursuant to 18 U.S.C. § 3161(h)(1) and *U.S. v. Tibboel*, 753 F.2d 608 (7th Cir. 1985). [X-T]. Government advises the court that early discovery will be provided to the defendant's counsel subject to the following protective order: social security numbers and dates of birth of any person identified will not be disclosed by defendant's counsel to any one, including to the defendant. Defendant will not copy any tax returns, and all materials will be returned to the government at the conclsion of this case. Government and defendant agree on certain conditions of release. Enter Order Setting Conditions of Release. Defendant shall be released after processing

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

00:15 initial    00:15 arraignment

| | Courtroom Deputy Initials: | NTF |
|---|---|---|