UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | No. 08-CR-126 |
| | ) | |
| GREGORY B. SAMS, | ) | JUDGE CONLON |
| | ) | |

### MOTION FOR SUBSTITUTION OF ATTORNEYS AND TO CONTINUE TRIAL DATE

NOW COMES, the Defendant, Gregory B. Sams and moves for the substitution of Attorney James I. Marcus for Attorney Michael Petro.

If the Court sees fit to grant the Defendant's motion for substitution of attorneys, James I. Marcus seeks leave to file his appearance instanter, and Michael Petro moves to withdraw as attorney for defendant, Gregory B. Sams.

The defendant seeks additional time to review discovery and consult with his attorney prior to the setting of a trail date.

Respectively submitted,

_____s/James I. Marcus_____
James I. Marcus

James I. Marcus
DZIEDZIAK & MARCUS, P.C.
100 West Monroe St., Suite: 309
Chicago, Illinois 60603
(312) 443-5600