UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | No. 08-CR-126 |
| | ) | |
| GREGORY B. SAMS, | ) | JUDGE CONLON |
| | ) | |

**NOTICE OF MOTION**

To:   Patrick J. King, Jr.
U.S. Attorney's Office
219 S. Dearborn St., 5th Fl.
Chicago, Illinois 60604

    PLEASE TAKE NOTICE that on March 13, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, I will appear before Judge Conlon of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois or before such other judge who may be sitting in his place and stead, and then and there present a Motion for Substitution of Attorneys and to Continue Trial in the above captioned case, at which time and place you may appear if you see fit.

    Respectively submitted,

    DZIEDZIAK & MARCUS PC.

    BY:___s/James I. Marcus_____
        James I. Marcus

James I. Marcus
DZIEDZIAK & MARCUS PC.
100 West Monroe St., Suite: 309
Chicago, Illinois 60603
(312) 443-5600