UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | No. 08-CR-126 |
| | ) | |
| GREGORY B. SAMS, | ) | JUDGE CONLON |
| | ) | |

**CERTIFICATE OF FILING**

I hereby certify that on February 29, 2008, I manually filed a Motion for Substitution of Attorneys and to Continue Trial with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

To:    Patrick J. King, Jr.
       U.S. Attorney's Office
       219 S. Dearborn St., 5th Fl.
       Chicago, Illinois 60604

and I hereby certify that on February 29, 2008, I sent by mailing by United States Postal Service, the document(s) to the following non-registered participant(s):

None

                                                Respectfully submitted,
                                                DZIEDZIAK & MARCUS, P.C.


                                                By: ___s/James I. Marcus_____
                                                           James I. Marcus

James I. Marcus
DZIEDZIAK & MARCUS, LTD.
100 West Monroe St. Suite: 309
Chicago, Illinois 60603
Tel: (312)443-5600
Fax: (312)443-5601