## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 126 | **DATE** | 2/28/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. GREGORY B. SAMS. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Defendant is present. Status hearing is continued to March 14, 2008 at 10:00 a.m. If no plea agreement is reached, pretrial conference is set on March 14, 2008 at 2:00 p.m. Deadline or filing motions or to proffer a plea is set on March 14, 2008. Trial is set for May 5, 2008 at 9:00 a.m.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|