RECEIVED
MAR 0 4 2008
JUDGE SUZANNE B. CONLON
United States District Court

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 08 CR 126 |
| | ) | Judge Suzanne B. Conlon |
| GREGORY B. SAMS | ) | |

## AGREED ORDER

This matter coming before the Court on the agreed motion of the parties, and the Court having jurisdiction over the subject matter and the person, it is hereby ordered that the time from February 28, 2008, until the status hearing on March 14, 2008, shall be excluded pursuant to 18. U.S.C. Section 3161(h)(1)(F) to allow for the preparation and filing of pre-trial motions, and under 18 U.S.C., Section 3161(h)(8)(B) to allow counsel for the defendant and the government the reasonable time necessary for effective preparation including the consideration of pending plea negotiations.

Enter:

3/12/08

_____
Judge Suzanne B. Conlon
United States District Court