## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 0126 | **DATE** | 3/13/08 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. GREGORY SAMS | | |

**DOCKET ENTRY TEXT**

Defendant Sams' motion [11] for substitution of attorneys and to continue trial date is entered and continued to March 14, 2008 at 10:00 a.m.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|

Case 1:08-cr-00126   Document 17   Filed 03/13/2008   Page 1 of 1

08CR0126 UNITED STATES OF AMERICA vs. GREGORY SAMS                    Page 1 of 1