# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 0126 | **DATE** | 3/14/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. GREGORY SAMS | | |

**DOCKET ENTRY TEXT**

Status and motion hearings held. Defendant's motion [11] for substitution of attorneys is granted. If no plea agreement is reached, pretrial conference is reset on 4/10/08 at 1:30 p.m. Deadline for filing motions or to proffer a plea is set on 4/4/04. Trial on May 5, 2008 stands.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy | WH |
|---|---|---|