UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 126 |
| v. | ) | |
| | ) | Judge Susan B. Conlon |
| GREGORY SAMS | ) | |

NOTICE OF MOTION

To:  Jim Marcus
Attorney at Law
100 W. Monroe -Suite 309
Chicago, IL 60603
**[BY ECF]**

PLEASE TAKE NOTICE that on Tuesday, April 1, 2008, at 9:00 a.m., I will appear before the Honorable Susan B. Conlon in Courtroom 1743, at the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and present the GOVERNMENT'S MOTION FOR ENTRY OF DEFENDANT'S CHANGE OF PLEA AND FILING OF THE PROPOSED PLEA AGREEMENT.

s/ Patrick J. King, Jr.
PATRICK J. KING, JR.
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
Phone: (312) 353-5341
Fax: (312) 469-6287

**CERTIFICATE OF SERVICE**

      The undersigned Assistant United States Attorney hereby certifies that the following document:

GOVERNMENT'S MOTION FOR ENTRY OF DEFENDANT'S CHANGE OF PLEA
AND FILING OF THE PROPOSED PLEA AGREEMENT

was served on March 27, 2008 in accordance with Fed. R. Crim. P. 49, Fed R. Civ. P.5, LR 5.5 and the General Order on electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers, if any, and was a copy thereof was sent to the individual(s) identified below in the manner described.

To:    Jim Marcus
        100 W. Monroe - Suite 309
        Chicago, IL 60603
        **[BY ECF]**

      s/ Patrick J. King, Jr.
      PATRICK J. KING, JR.
      Assistant United States Attorney
      219 South Dearborn Street, 5th Floor
      Chicago, Illinois  60604
      Phone: (312) 353-5341
      Fax: (312) 469-6287