# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 0126 | **DATE** | 04/01/08 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. GREGORY SAMS | | |

**DOCKET ENTRY TEXT**

Government's motion [19] for entry of defendant's change of plea and filing of the proposed plea agreement is entered and continued to 4/7/08 at 9:00 a.m.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|