

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 0126 | **DATE** | 4/7/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. GREGORY B. SAMS | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held. Defendant is present. Defendant advised of his rights. Defendant withdraws his plea of not guilty and enters a plea of guilty to counts one, eleven, twelve and thirteen of the indictment. A presentence investigation is ordered. The government shall submit its version of the offense to the probation office by 4/11/08. Sentencing is set on 6/25/08 at 1:00 p.m. Any objections to the presentence report shall be filed by 6/18/08 with a courtesy copy to chambers. Pretrial conference set on 4/10/08 and trial set on 5/5/08 are vacated.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:30

| | Courtroom Deputy Initials: | WH |
|---|---|---|