# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 0126 | **DATE** | 5/30/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. GREGORY B. SAMS | | |

**DOCKET ENTRY TEXT**

On the court's own motion, sentencing set on June 25, 2008 at 1:00 p.m., is ~~moved back to~~ reset at 2:00 p.m.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|