IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) 08-CR-126-1 |
| GREGORY SAMS, | ) |
| | ) Judge Conlon |
| Defendant | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2008, I manually filed a Sentencing Memorandum with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

and I hereby certify that on June 18, 2008, I sent by mailing by United States Postal Service, the document(s) to the following non-registered participant(s):

Patrick J. King
Assistant United States Attorney
219 S. Dearborn St., 5th Fl.
Chicago, Illinois 60604

Respectfully submitted,

DZIEDZIAK & MARCUS, P.C.

By: s / James I. Marcus
    James I. Marcus

James I. Marcus
DZIEDZIAK & MARCUS, LTD.
100 West Monroe St.
Suite: 309
Chicago, Illinois 60603
(312)443-5600
(312)443-5601