## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 126 - 001 | **DATE** | 6/25/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. GREGORY B. SAMS | | |

**DOCKET ENTRY TEXT**

Sentencing hearing held. The government's motion to dismiss the remaining counts, 2 through 10, of the indictment is granted. ENTER JUDGMENT.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

1:10

| | Courtroom Deputy Initials: | WH |
|---|---|---|