## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)|
| v. | )<br>) 08-CR-126-1 |
| GREGORY B. SAMS, | )<br>) Judge Suzanne B. Conlon |
| Defendant | ) |

## AGREED MOTION TO
## CONTINUE SURRENDER DATE

**NOW COMES** the defendant, GREGORY B. SAMMS, by and through his attorney, JAMES I. MARCUS, and in support of this Unopposed Motion to Continue Surrender Date, states as follows:

1. On February 12, 2008 Gregory B. Sams was charged in a 13 count indictment in the Northern District of Illinois, with tax fraud.
2. On April 7, 2008, the defendant entered a plea to four counts of the indictment. He was sentenced to 78 months of incarceration.
3. Currently the defendant is due to surrender to the Bureau of Prisons on August 6, 2008.
4. On June 2, 2008, the defendant had surgery to remove an ulcer from his rectum. He was last seen by his physician on June 18, 2008. His next visit is scheduled for August 20, 2008. In order to ensure continuity of care and to prevent complications from the surgery, it is requested that the defendant's surrender date be continued until September 8, 2008.
5. The government has no objection to the court granting this motion.

Respectfully submitted,

By: ___s/James I. Marcus____
James I. Marcus

James I. Marcus
DZIEDZIAK & MARCUS, P.C.
100 West Monroe Street, Suite 309
Chicago, Illinois 60603
312-443-5600
312-443-5601 (Fax)