IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | 08-CR-126-1 |
| GREGORY B. SAMS, ) | |
| ) | Judge Suzanne B. Conlon |
| Defendant ) | |

**NOTICE OF MOTION**

To:  Patrick J. King, Jr.
U.S. Attorney's Office
219 S. Dearborn St., 5th Fl.
Chicago, Illinois 60604

PLEASE TAKE NOTICE that on July 29, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, I will appear before Judge Conlon of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Room: 1743, Chicago, Illinois or before such other judge who may be sitting in her place and stead, and then and there present an Agreed Motion to Continue Surrender Date in the above captioned case, at which time and place you may appear if you see fit.

Respectively submitted,

DZIEDZIAK & MARCUS PC.

BY:___s/James I. Marcus___
James I. Marcus

James I. Marcus
DZIEDZIAK & MARCUS PC.
100 West Monroe St., Suite: 309
Chicago, Illinois 60603
(312) 443-5600