Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 126 | DATE | 7/29/2008 |
| CASE TITLE | UNITED STATES OF AMERICA vs. GREGORY B. SAMS | | |

**DOCKET ENTRY TEXT**

Defendant's agreed motion to continue surrender date from August 6, 2008 to September 8, 2008 [28] is granted. NO FURTHER EXTENSIONS.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|